**FILED**
February 10, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **BOLAJI OLABINJO**, *individually and on behalf of all others similarly situated*, <br><br>Plaintiff,<br><br>v.<br><br>**PRESIDENTIAL STAFFING SOLUTIONS, LLC,**<br><br>Defendant. | § § § § § § § § § § § § § § §    CIVIL NO. SA-23-CV-01335-OLG |

## FINAL JUDGMENT

The Court, having granted Plaintiff Bolaji Olabinjo's Motion for Default Judgment, hereby enters final judgment in favor of Plaintiff against Defendant Presidential Staffing Solutions, LLC. Accordingly, it is **ORDERED** that Plaintiff recover the following from Defendant:

1. $11,736 in unpaid overtime wages;
2. $11,736 in liquidated damages;
3. $6,335 in reasonable attorney's fees; and
4. $532 in court costs.

All other relief requested but not granted herein is **DENIED**.

**SIGNED** this \_\_\_10\_\_\_ day of February, 2025.

_____
ORLANDO L. GARCIA
United States District Judge